# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

150148

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

DON DALE YOWCHUANG,
    Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 150148
COA: 314706
Wayne CC: 12-010198-FH

_____/

By order of November 26, 2014, the application for leave to appeal the August 5, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Seewald* (Docket No. 150146). On order of the Court, the case having been decided on April 25, 2016, 499 Mich 111 (2016), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, and we REMAND this case to the Wayne Circuit Court to reinstate the bindover decision of the 16th District Court and for further proceedings consistent with this Court's opinion in *People v Seewald*.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



Clerk

p0620